IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DON LEE ELBERT II**                                                                                        **PLAINTIFF**

v.                                      Case No. 2:15-cv-205 KGB-JTR

**C.V. RIVERA, Warden,**
**FCI-Forrest City Medium**                                                                      **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 31). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 31). Plaintiff Don Lee Elbert II's two motions for default judgment are denied (Dkt. Nos. 16, 19).

So ordered this 12th day of September, 2016.

_____
Kristine G. Baker
United States District Judge