# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DON LEE ELBERT II**                                                                                    **PLAINTIFF**

**v.**                          **Case No. 2:15-cv-205 KGB-JTR**

**C.V. RIVERA, Warden,**
**FCI-Forrest City Medium**                                                                          **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 36). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 36).

It is therefore ordered that this petition for writ of habeas corpus under 28 U.S.C. § 2241 is dismissed without prejudice (Dkt. No. 1). All pending motions are denied as moot.

So ordered this 12th day of September, 2016.

_____
Kristine G. Baker
United States District Judge