**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**DON LEE ELBERT II**                                                                        **PLAINTIFF**

**v.**                                        **Case No. 2:15-cv-205 KGB-JTR**

**C.V. RIVERA, Warden,
FCI-Forrest City Medium**                                                          **RESPONDENT**

## JUDGMENT

Consistent with the Orders that were entered on this day, it is considered, ordered, and

adjudged that this case is dismissed without prejudice.

So adjudged this 12th day of September, 2016.

_____
Kristine G. Baker
United States District Judge